# EXHIBIT A



US00RE46971E

## (19) United States
## (12) Reissued Patent
### Neumann

(10) Patent Number: **US RE46,971 E**
(45) Date of Reissued Patent: **Jul. 31, 2018**

(54) **FLEXIBLE SKID STEER ATTACHMENT DEVICE**

(71) Applicant: **Duane A. Neumann**, Jefferson, WI (US)

(72) Inventor: **Duane A. Neumann**, Jefferson, WI (US)

(21) Appl. No.: **14/560,816**

(22) Filed: **Dec. 4, 2014**

**Related U.S. Patent Documents**
Reissue of:
(64) Patent No.: **8,322,947**
  Issued: **Dec. 4, 2012**
  Appl. No.: **12/813,770**
  Filed: **Jun. 11, 2010**

(51) Int. Cl.
  *E01C 19/00* (2006.01)
  *E01C 19/20* (2006.01)

(52) U.S. Cl.
  CPC .......... *E01C 19/2045* (2013.01); *E01C 19/00* (2013.01); *E01C 19/20* (2013.01); *E01C 19/201* (2013.01); *E01C 2019/2085* (2013.01)

(58) **Field of Classification Search**
  None
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,370,815 A | * | 3/1921 | Henderson | E01C 23/065 404/77 |
| 1,510,051 A | * | 9/1924 | Forbes | B65G 39/16 198/808 |
| 1,879,232 A | * | 9/1932 | Henry | B65G 39/10 198/829 |
| 2,342,863 A | * | 2/1944 | Hlavaty | F16C 19/54 474/106 |
| 2,588,725 A | * | 3/1952 | Hogan | D01G 25/00 156/474 |
| 2,653,700 A | * | 9/1953 | Sloane | B65G 39/16 198/808 |
| 2,727,400 A | * | 12/1955 | Lorig | B24B 21/00 474/123 |
| 2,728,445 A | * | 12/1955 | Erickson | B65G 23/00 198/835 |
| 2,786,635 A | * | 3/1957 | Oishi | B29B 17/02 209/127.4 |
| 2,793,875 A | * | 5/1957 | Quayle | B66F 9/07586 16/44 |
| 2,797,794 A | * | 7/1957 | Bradley | B65G 39/16 198/806 |
| 2,878,926 A | * | 3/1959 | Harty | B65G 45/12 198/497 |
| 2,966,065 A | * | 12/1960 | Renner | B65G 39/071 193/37 |
| 2,971,631 A | * | 2/1961 | Gray | B65G 67/00 198/303 |
| 3,012,992 A | * | 12/1961 | Pigott | C08G 18/10 525/440.09 |

(Continued)

OTHER PUBLICATIONS

Zegeer, et al.—The Effect of Lane and Shoulder Widths On Accident Reductions On Rural, Two-Lane Roads—Research Report 561 Oct. 1980.*

*Primary Examiner* — Glenn K Dawson
(74) *Attorney, Agent, or Firm* — Boyle Fredrickson, S.C.

(57) **ABSTRACT**

The present invention is a flexible skid steer road widening and shouldering attachment device with an adjustable spreader system which gives the operator precise control over the placement of debris.

**20 Claims, 7 Drawing Sheets**



(Amended)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| Patent | | Date | Inventor | Class |
|---|---|---|---|---|
| 3,015,261 A | * | 1/1962 | MacDonald | E01C 19/15 37/235 |
| 3,016,809 A | * | 1/1962 | McNeill | E01C 19/21 239/119 |
| RE25,151 E | * | 4/1962 | Renner | B65G 39/071 198/832 |
| 3,122,935 A | * | 3/1964 | Morling | B65G 39/071 198/840 |
| 3,127,854 A | * | 4/1964 | Reisman | A21B 1/48 198/815 |
| 3,193,086 A | * | 7/1965 | Wilhelm | B65G 39/16 198/807 |
| 3,233,613 A | * | 2/1966 | Korber | A24C 5/36 131/907 |
| 3,240,320 A | * | 3/1966 | Poundstone | B65G 21/04 198/825 |
| 3,253,698 A | * | 5/1966 | Murphy | B65G 15/60 198/637 |
| 3,437,192 A | * | 4/1969 | Cauffman | A01K 5/0208 119/57.7 |
| 3,541,934 A | * | 11/1970 | Hughes | E01C 19/185 404/120 |
| 3,545,599 A | * | 12/1970 | Barber | B65G 39/16 198/807 |
| 3,650,375 A | * | 3/1972 | Fleischauer | B65G 47/263 198/790 |
| 3,687,273 A | * | 8/1972 | Macone | B65G 39/16 198/806 |
| 3,710,927 A | * | 1/1973 | Alsted | B65G 39/16 198/807 |
| 3,719,098 A | * | 3/1973 | Graves | B65G 23/06 474/153 |
| 3,872,686 A | * | 3/1975 | Patrie | F25D 19/00 62/237 |
| 3,997,938 A | * | 12/1976 | Pinaire | B60B 33/0028 16/45 |
| 4,068,969 A | * | 1/1978 | Beach | E01C 19/4886 404/104 |
| 4,093,252 A | * | 6/1978 | Rue | A63C 17/0033 280/87.042 |
| 4,230,222 A | * | 10/1980 | Clark | B65G 45/26 198/494 |
| 4,283,810 A | * | 8/1981 | Demrick | B60B 33/0002 16/47 |
| 4,351,084 A | * | 9/1982 | Fontana | B60B 33/0028 16/45 |
| 4,369,878 A | * | 1/1983 | Millevoi | B65G 39/16 198/807 |
| 4,576,391 A | * | 3/1986 | Gerstner | B60B 33/0002 16/30 |
| 4,674,626 A | * | 6/1987 | Adcock | B65G 15/60 198/720 |
| 4,679,662 A | * | 7/1987 | Nordskog | B60B 33/0028 16/35 R |
| 4,793,022 A | * | 12/1988 | Raffaeli | B60B 33/00 16/45 |
| 4,871,025 A | * | 10/1989 | Mayfield | E02F 3/7663 172/4.5 |
| 4,892,155 A | | 1/1990 | Wanamaker | E02F 3/7622 172/199 |
| 4,936,392 A | | 6/1990 | Kitchin | E02F 3/962 172/815 |
| 5,098,252 A | | 3/1992 | Sheesley et al. | E02F 3/3627 172/273 |
| 5,117,885 A | * | 6/1992 | Crawford | B60B 33/0028 152/323 |
| 5,219,063 A | * | 6/1993 | Wyatt | B65G 39/16 198/840 |
| 5,402,874 A | * | 4/1995 | Dahlin | B65G 21/10 198/300 |
| 5,511,908 A | * | 4/1996 | Van Valkenburgh | B65F 1/1426 206/386 |
| 5,586,604 A | * | 12/1996 | Postema | A01B 45/02 172/21 |
| 5,599,135 A | | 2/1997 | Delaurenti | E01C 19/187 172/815 |
| 5,701,693 A | | 12/1997 | Brocious et al. | E01H 1/003 172/305 |
| H001767 H | * | 1/1999 | Davis | F41A 23/26 89/40.01 |
| 5,895,173 A | | 4/1999 | O'Brien et al. | E01C 19/21 404/108 |
| 5,902,090 A | * | 5/1999 | Young | B60P 1/38 198/570 |
| 5,980,189 A | * | 11/1999 | Rubner | B65G 41/002 198/550.13 |
| 6,115,882 A | * | 9/2000 | Miles | B60B 33/0002 16/37 |
| 6,203,244 B1 | * | 3/2001 | Van Ornum | E01C 19/15 404/101 |
| 6,220,811 B1 | * | 4/2001 | Bernecker | A01D 87/12 294/107 |
| 6,241,078 B1 | * | 6/2001 | Mott | B65G 39/071 198/806 |
| 6,315,105 B1 | * | 11/2001 | Gibbs | B65G 45/12 198/497 |
| 6,367,177 B1 | * | 4/2002 | Mullen | E02F 5/223 172/245 |
| 6,386,822 B1 | | 5/2002 | Burr | E02F 3/3609 37/468 |
| 6,390,289 B1 | * | 5/2002 | Hoggan | B65G 15/08 198/806 |
| 6,560,904 B2 | | 5/2003 | Guggino | E01H 5/065 37/233 |
| 6,569,046 B1 | * | 5/2003 | Gregg | F16G 1/28 474/102 |
| 6,619,881 B1 | * | 9/2003 | Harvey | E01C 23/098 404/107 |
| 6,619,882 B2 | * | 9/2003 | Harvey | 404/107 |
| 6,702,208 B1 | * | 3/2004 | Hadler et al. | A01C 17/001 239/650 |
| 6,902,320 B2 | * | 6/2005 | McKenna | A61B 6/0442 378/208 |
| 7,033,106 B2 | * | 4/2006 | Harvey | E01C 23/098 404/107 |
| 7,059,467 B2 | * | 6/2006 | Sands | B65G 15/42 198/606 |
| 7,273,111 B2 | | 9/2007 | Johnson | E02F 3/815 172/684.5 |
| 7,296,675 B1 | * | 11/2007 | Shuttleworth | B65G 39/08 198/690.1 |
| 7,467,708 B2 | * | 12/2008 | McGettigan | B65G 15/32 198/812 |
| 7,482,928 B2 | * | 1/2009 | Brackmann | B60P 3/03 180/290 |
| 7,540,687 B2 | | 6/2009 | Neumann | E01C 19/182 108/110 |
| 7,546,920 B1 | * | 6/2009 | Horn | F41C 33/06 206/317 |
| 8,016,311 B1 | * | 9/2011 | Hadzicki | B62K 3/005 280/267 |
| 8,297,879 B1 | * | 10/2012 | Schmidt | E01C 19/4873 172/811 |
| 8,322,947 B2 | * | 12/2012 | Neumann | E01C 19/15 404/101 |
| 8,403,594 B2 | * | 3/2013 | Neumann | E01C 19/15 404/101 |
| 2003/0136646 A1 | * | 7/2003 | Powell | B65G 39/16 198/807 |
| 2003/0215288 A1 | * | 11/2003 | Causie | E01C 19/185 404/104 |
| 2004/0131159 A1 | * | 7/2004 | McKenna | A61B 6/0442 378/209 |
| 2004/0173654 A1 | * | 9/2004 | McAlister | B60D 1/52 224/519 |
| 2007/0201952 A1 | * | 8/2007 | Neumann | 404/104 |
| 2008/0139979 A1 | * | 6/2008 | Talish | A61H 1/001 601/51 |

**US RE46,971 E**

Page 3

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2008/0277221 | A1* | 11/2008 | Josefson | A45C 5/14 |
| | | | | 190/18 A |
| 2009/0194959 | A1* | 8/2009 | Mintie et al. | B62B 3/02 |
| | | | | 280/47.131 |
| 2010/0209190 | A1* | 8/2010 | Munz et al. | E01C 19/48 |
| | | | | 404/118 |

* cited by examiner



Figure 1 (Amended)



Figure 2a
(Amended)



Figure 2b (Amended)



Figure 3
(Amended)



Figure 4 (Amended)



Figure 5
(Amended)



Figure 6 (Amended)

# FLEXIBLE SKID STEER ATTACHMENT DEVICE

Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue; a claim printed with strikethrough indicates that the claim was canceled, disclaimed, or held invalid by a prior post-patent action or proceeding.

## CROSS-REFERENCE TO RELATED APPLICATIONS

None

## FIELD OF INVENTION

The present invention relates to the field of road apparatuses, and more particularly to a flexible skid steer attachment device for paving shoulders and widening roads.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates a front perspective view of an exemplary embodiment of a flexible skid steer road widening and shouldering attachment device attached to a skid steer with spreader system extended.

FIG. 2a illustrates a back perspective view of an exemplary embodiment of a flexible skid steer road widening and shouldering attachment device attached to a skid steer.

FIG. 2b illustrates a back perspective view of an exemplary embodiment of a flexible skid steer road widening and shouldering attachment device attached to a skid steer with spreader system extended.

FIG. 3 illustrates a back perspective view of an exemplary embodiment of a flexible skid steer road widening and shouldering attachment device attached to a skid steer and positioned behind a truck.

FIG. 4 is a side view showing the spreader system of an exemplary embodiment of a flexible skid steer road widening and shouldering attachment device attached to a skid steer and positioned behind a truck.

FIG. 5 is a side view of an exemplary embodiment of a flexible skid steer road widening and shouldering attachment device attached to a skid steer and positioned behind a truck.

FIG. 6 is a top view of an exemplary embodiment of a flexible skid steer road widening and shouldering attachment device attached to a skid steer and positioned behind a truck.

## BACKGROUND

After-market attachments for road widening and shouldering are well-known in the construction industry.

U.S. Pat. No. 7,540,687 (Neumann '687) teaches a skid steer attachment for performing work in confined areas (e.g., road shoulders, trenches). The attachment disclosed in Neumann '687 is comprised of a compact frame adapted to support a hopper; a conveyer system; a spreader system; a spreader system angular adjustment; a hydraulic system; wheels; front contact rollers, which contact the back wheels of a dump truck; and a universal mounting plate. This device has enjoyed an extensive market presence and improvements have been made to further increase its utility and durability.

A limitation of Neumann '687 was that the conveyer belt system would become misaligned due to the pressure from debris coming in contact with the belt over time, as well as from the motion of the vehicle. The conveyer belt was required to be realigned by running the hydraulics and lifting, then realigning, the flashing between the hopper and conveyer belt. The belt would then realign itself.

A further limitation of the device disclosed in Neumann '687 is that it has to be disassembled before being placed on a trailer. The front rollers of the device have to be manually removed, causing time delays for disassembly and reassembly.

The hopper further includes an additional wall which is steered to the hopper on the side opposite the spreader system.

The skid steer attachment disclosed by Neumann '687 has enjoyed a wide market, and experience with the device has led to improvements resulting in a highly resilient and more portable attachment as disclosed herein.

## SUMMARY OF THE INVENTION

The present invention is a flexible skid steer road widening and shouldering attachment device with an adjustable spreader system which gives the operator precise control over the placement of debris. The flexible skid steer road widening and shouldering attachment device disclosed herein is an improved version of the attachment disclosed by U.S. Pat. No. 7,540,687 (Neumann '687). The present invention is comprised of improved support components, an improved hopper design that optimizes the angle of deflection for debris, design dimensions and reduced sized rollers that eliminate the need for disassembly of the device for transport, a hopper deflection component, and a shortened flap design. Additionally, two tandem casters are used to more equally distribute the weight of the apparatus reducing the number of casters needed.

## DETAILED DESCRIPTION OF INVENTION

For the purpose of promoting an understanding of the present invention, references are made in the text to exemplary embodiments of a flexible skid steer road widening and shouldering attachment device, only some of which are described herein. It should be understood that no limitations on the scope of the invention are intended by describing these exemplary embodiments. One of ordinary skill in the art will readily appreciate that alternate but functionally equivalent components, component placement, materials, and dimensions may be used. The inclusion of additional elements may be deemed readily apparent and obvious to one of ordinary skill in the art. Specific elements disclosed herein are not to be interpreted as limiting, but rather as a basis for the claims and as a representative basis for teaching one of ordinary skill in the art to employ the present invention.

It should be understood that the drawings are not necessarily to scale; instead, emphasis has been placed upon illustrating the principles of the invention. In addition, in the embodiments depicted herein, like reference numerals in the various drawings refer to identical or near identical structural elements.

Moreover, the terms "substantially" or "approximately" as used herein may be applied to modify any quantitative representation that could permissibly vary without resulting in a change to the basic function to which it is related.

FIG. 1 illustrates a front perspective view of an exemplary embodiment of flexible skid steer road widening and shouldering attachment device 100 attached to skid steer 200.

Attachment device **100** is comprised of support frame **10** adapted to support hopper **20**, conveyer system **30**, spreader system **40**, hydraulic system **50** (not visible) and universal mounting plate **60**.

In the embodiment shown, support frame **10** further includes support brackets **15a, 15b** which add additional structural support to support frame **10**. Support brackets **15a, 15b** reinforce support frame **10** preventing universal mounting plate **60** from cracking where welded to support frame **10**. Support bracket **15b** may also serve as a step to aid the user in climbing into skid steer **200**.

In the embodiment shown, support brackets **15a, 15b** provide a more equal weight distribution and larger surface area on which to distribute the weight of support frame **10** than a mounting plate alone.

Hopper **20** is comprised of walls **22a, 22b, 22c, 22d** angled inward to facilitate the movement of debris (e.g., gravel) onto conveyer system **30** which makes up the bottom of hopper **20**. Conveyer system **30** rinses debris away from wall **22a** of hopper **20** and toward spreader system **40**. In the embodiment shown, conveyer system **30** is comprised of conveyer belt **35** and a plurality of rollers that are horizontally aligned beneath the lower opening of hopper **20**.

In the embodiment shown, walls **22a, 22b, 22d** of hopper **20** are gently angled toward conveyer belt **35** which slows the speed and force at which debris is pushed onto conveyer belt **35** decreasing the chance that the weight of the debris will force conveyer belt **35** off its rollers.

In an exemplary embodiment, wall **22c** is substantially vertical relative to conveyer belt **35** (at an approximate 90 degree angle) to facilitate attachment of hopper **20** to support frame **10**. Walls **22b, 22a** and **22d** are all placed at varying angles ranging from 100 to 170 degrees (as measured from a point on a horizontal plane inside hopper **20**) to deflect debris onto conveyer belt **35**.

FIG. **1** also illustrates vertical drop component **18** which deflects debris from walls **22a, 22b, 12d** vertically onto conveyer belt **35**, rather than laterally, so as not to cause pressure on the conveyer belt **35** leading to misalignment over time.

In the embodiment shown, conveyer belt **35** further includes a pulley *16* that is at least 2 inches wider than conveyer belt **35** to prevent conveyer belt **35** from moving off the edge of the pulley *16*. *The pulley 16 is concealed by a guard 17 in FIG. 1, but is partially visible in FIGS. 2b and 3*. This design modification substantially decreases delay resulting from malfunction.

In other embodiments, conveyer system **30** may be replaced with another means for moving debris from hopper **20** out toward spreader system **40**. For example, chains may be used to displace debris from hopper **20**. Conveyer belt **35** may be any functionally equivalent apparatus known in the art including, but not limited to a chain conveyer, screw conveyer, and any pneumatic, flexible, and vibrating system.

In the embodiment shown, attachment device **100** is approximately 125 inches wide, approximately 97 inches long, and approximately 32 inches high (top of hopper **20**). The dimensions of attachment device **100** allow it to be pulled by a pick-up truck or transported by any common-width vehicle, avoiding the need for disassembly or a specialty width vehicle. In addition, attachment device **100** does not require an over-width permit for transportation or operation. In various embodiments, attachment device **100** has a width ranging from 100 inches to 170 inches, a length ranging from 75 inches to 175 inches and a height ranging from 28 inches to 58 inches.

In the embodiment shown, spreader system **40** is extended. Spreader system **40** is comprised of two walls **42a, 42b** which are formed at a right angle. When spreader system **40** is extended, conveyer system **30** carries debris out of hopper **20**. As skid steer **200** pushes attachment device **100**, spreader system **40** spreads the debris dropped into hopper **20** by truck **300** (not shown). In the embodiment shown, spreader system **40** can be extended to disperse debris over widths of 0 to 7 feet. In one embodiment, spreader system **40** can create a shoulder ranging from 0 to 4 feet 6 inches.

In other embodiments, attachment device **100** includes two spreader systems, one located on each side of attachment device **100**.

Also visible are casters **75a, 75b** which are secured to the bottom of attachment device **100** aiding in the movement and maneuverability of attachment device **100** when shouldering around obstacles (e.g., mailboxes, driveway approaches, street signs, intersections, cul-de-sacs, guard rails). In the embodiment shown, casters **75a, 75b** are comprised of steel polyurethane plastic and are solidly constructed (i.e., having no air cavity). It has been demonstrated that this construction is superior in performance to air-filled casters because of the added strength and durability to support the weight.

In the embodiment shown, casters **75a, 75b** are attached to a plate on the bottom of the first end of attachment device **100** and protrude no more than 14 inches past the frame of attachment device **100**.

In the embodiment shown, attachment device **100** further includes front rollers **80a, 80b** which contact the back tires of truck **300** when attachment device **100** is receiving debris from the bed of truck **300**.

FIG. **2a** illustrates a back perspective view of an exemplary embodiment of flexible skid steer road widening and shouldering attachment device **100** attached to skid steer **200** with spreader system **40** in a partially open position. Visible is hydraulic system **50** which extends and closes spreader system **40**. Hydraulic system **50** is also used to drive conveyer system **40**.

Attachment device **100** further includes tie-downs **70a, 70b, 70c, 70d** (**70d** not visible) for securing attachment device **100** during transport. In various embodiments, attachment device **100** may include a smaller or greater number of tie-downs in varying locations or similar components which can be used to secure attachment device **100** during transport.

In the embodiment shown, skid steer **200** may be used to lift and tilt hopper **20** to place debris in front of attachment device **100**.

FIG. **2b** illustrates a back perspective view of an exemplary embodiment of flexible skid steer road widening and shouldering attachment device **100** attached to skid steer **200** with spreader system **40** extended. The slope of spreader system **40** may be adjusted to create the desired shouldering angle.

FIG. **3** illustrates a back perspective view of an exemplary embodiment of flexible skid steer road widening and shouldering attachment device **100** attached to skid steer **200** and positioned behind truck **300**. Skid steer **200** pushes attachment device **100** against truck **300** as truck **300** moves forward. Truck **300** dumps debris directly into hopper **20** of attachment device. Conveyer system **30** moves the debris from hopper **20** out to spreader system **40**. As attachment device **100** moves, spreader system **40** spreads the debris allowing precise control over the placement of the debris.

In the embodiment shown, truck **300**, attachment device **100** and skid steer **200** is capable of dispersing a 20-ton truckload of gravel in minutes resulting in a perfect shoulder.

FIG. **4** is a side view showing spreader system **40** of an exemplary embodiment of flexible skid steer road widening and shouldering attachment device **100** attached to skid steer **200** and positioned behind truck **300**.

FIG. **5** is a side view of an exemplary embodiment of flexible skid steer road widening and shouldering attachment device **100** attached to skid steer **200** and positioned behind truck **300**.

FIG. **6** is a top view of an exemplary embodiment of flexible skid steer road widening and shouldering attachment device **100** attached to skid steer **200** and positioned behind truck **300**.

What is claimed is:

1. A [highly resilient] skid steer attachment for a skid steer comprised of:
   a support frame [supported by at least two support brackets] *having a first end, a second end, a first side, and a second side opposite said first side*;
   a hopper having [four] *a plurality of* angled walls for receiving debris at an angle of deflection which minimizes the impact of debris on a conveyer belt;
   wherein one of said [four] angled walls is vertical relative to a horizontal plane;
   wherein [three] *a plurality* of said [four] angled walls further include a vertical deflection component *oriented vertically* for directing debris downward;
   a conveyor system comprised of a conveyer belt and a pulley, said pulley being at least two inches wider than said conveyer belt;
   at least one [hydraulic] *power* system for powering said conveyor system;
   a spreader system;
   a plurality of tandem casters rotatably attached at [a] *said* first end of said support frame, [said plurality of tandem casters comprised of steel polyurethane plastic];
   at least one contact roller rotatably attached to said first end of said support frame; and
   a universal mounting plate attached at [a] *said* second end of the support frame in a manner that allows said mounting plate to be engaged by a skid steer.

[2. The highly resilient skid steer attachment for a skid steer of claim **1** further including a second spreader system.]

3. The [highly resilient] skid steer attachment for a skid steer of claim **1** wherein said angled walls have [varying] *different* slopes *ranging from 100 to 170 degrees as measured from a point on a horizontal plane*.

4. The [highly resilient] skid steer attachment for a skid steer of claim **1** wherein said angled walls have angles [ranges] *ranging* from 90 to 170 degrees relative to a horizontal plane.

[5. The highly resilient skid steer attachment for a skid steer of claim **1** wherein at least one of said angle wails is vertical relative to a horizontal plane.]

6. The [highly resilient] skid steer attachment for a skid steer of claim **1** further including a width ranging from 100 inches to 170 inches, a length ranging from 75 inches to 175 inches, and a height ranging from 28 inches to 58 inches.

7. The [highly resilient] skid steer attachment for a skid steer of claim **1** wherein said spreader system is comprised of two walls formed at a right angle.

8. The [apparatus] *skid steer attachment for a skid steer* of claim **1** which further includes a spreader system angular adjustment for adjusting the slope of said spreader system when extended.

9. The [apparatus] *skid steer attachment for a skid steer* of claim **1** wherein said spreader system is capable of creating shoulders ranging from 0 to 7 feet wide.

10. A skid steer attachment device comprising:
    a support frame;
    a hopper with a plurality of angled walls, wherein at least one of said plurality of angled walls is vertical relative to a horizontal plane, and *wherein at least one of said plurality of angled walls* further includes a vertical deflection component configured to direct debris *vertically* downward;
    a conveyor system including a conveyer belt [and at least one pulley wherein the at least one pulley is wider than said conveyer belt];
    *a pulley that is at least 2 inches wider than the conveyer belt and configured to prevent the conveyer belt from moving off an edge of the pulley;*
    at least one system for powering said conveyor system;
    a spreader system comprising a first wall extending at a first angle from the support frame and a second wall extending at a second angle from the first wall;
    a plurality of tandem casters rotatably attached at a first end of said support frame;
    at least one contact roller rotatably attached to said first end of said support frame configured for engagement with at least one rear wheel of a vehicle; and
    a universal mounting plate attached at a second end of the support frame configured for attachment to a skid steer.

11. The skid steer attachment device of claim **10** wherein said plurality of angled walls has angles ranging from 90 to 170 degrees relative to a horizontal plane.

12. The skid steer attachment device of claim **11** wherein the spreading system includes [a] *an adjustable* slope and an extendable spreader for angular adjustment configured to adjust the slope of said spreader when extended.

13. The skid steer attachment device of claim **12** further including a width ranging from 100 inches to 170 inches, a length ranging from 75 inches to 175 inches, and a height ranging from 28 inches to 58 inches.

14. The skid steer attachment device of claim **10** wherein said at least one system for powering said conveyor system comprises a hydraulic system.

*15. A highly resilient skid steer attachment for a skid steer comprised of:*
   *a support frame supported by at least two support brackets;*
   *a hopper having four angled walls for receiving debris at an angle of deflection which minimizes the impact of debris on a conveyer belt;*
   *wherein at least one of said four angled walls is vertical relative to a horizontal plane;*
   *wherein at least two of said four angled walls further include a vertical deflection component vertically oriented for directing debris downward;*
   *a conveyer system comprised of a conveyer belt and a pulley, said pulley being at least two inches wider than said conveyer belt;*
   *at least one hydraulic system for powering said conveyer system;*
   *a spreader system comprising a first wall extending at a first angle from the support frame and a second wall extending at a second angle from the first wall;*
   *a plurality of casters rotatably attached at a first end of said support frame;*
   *at least one contact roller rotatably attached to said first end of said support frame configured for engagement with at least one rear wheel of a vehicle; and*

a universal mounting plate attached at a second end of the support frame in a manner that allows said mounting plate to be engaged by a skid steer.

16. The highly resilient skid steer attachment for a skid steer of claim 15 wherein said angled walls have varying slopes.

17. The highly resilient skid steer attachment for a skid steer of claim 15 wherein the at least one contact roller is configured for engagement with at least one rear wheel of said vehicle.

18. The highly resilient skid steer attachment for a skid steer of claim 15 wherein each of said at least one angled wall has a different angle ranging from 90 to 170 degrees relative to a horizontal plane.

19. The highly resilient skid steer attachment for a skid steer of claim 15 wherein said plurality of tandem casters is comprised of steel polyurethane plastic.

20. The highly resilient skid steer attachment for a skid steer of claim 15 wherein the second wall of the spreader system extends at a right angle from the first wall of the spreader system.

21. The highly resilient skid steer attachment for a skid steer of claim 15 further comprising a spreader system angular adjustment for adjusting the slope of said spreader system when extended.

22. The highly resilient skid steer attachment for a skid steer of claim 15 wherein the at least two support brackets extend at an angle from the support frame to the universal mounting plate.

* * * * *