# EXHIBIT B

**Claim Charts**
**Infringement of U.S. Patent No. RE46,971 by ShoulderMaster Model 2100**

| Claim 1 | |
|---|---|
| A skid steer attachment for a skid steer comprised of: | The ShoulderMaster is a skid steer attachment for a skid steer: <br><br> • The ShoulderMaster is a universal skid steer attachment that can quickly, safely and efficiently widen road shoulders from 0.3m to 1.5m and incorporate grades of up to 5%. |
| a support frame having a first end, a second end, a first side, and a second side opposite said first side; | The ShoulderMaster has a support frame having a first end, a second end, a first side, and a second side opposite said first side: <br><br>   <br><br> Advertising at finkequipment.com indicates that the ShoulderMaster has "a tubular steel chassis." |

a hopper having a plurality of angled walls for receiving debris at an angle of deflection which minimizes the impact of debris on a conveyer belt;

The ShoulderMaster has a hopper with a plurality of angled walls, as shown:



The angled walls are for receiving debris, as shown:



The angled walls are angled at an angle of deflection which minimizes the impact of debris on the conveyer belt.



2

| | |
|---|---|
| wherein one of said angled walls is vertical relative to a horizontal plane; | One of the hopper's angled walls — the wall through which the outlet for the conveyor belt flows - is vertical relative to a horizontal plane, as shown:  |

3

wherein a plurality of said angled walls further include a vertical deflection component oriented vertically for directing debris downward;

A plurality of the angled walls in the ShoulderMaster hopper include a vertical deflection component. That vertical deflection component is oriented vertically for directing debris downward:







a conveyer system comprised of a conveyer belt and a pulley, said pulley being at least two inches wider than said conveyer belt;

The ShoulderMaster includes a conveyer system that comprises a conveyer belt, as shown::







The conveyer belt is wrapped around a pulley. The pulley is at least two inches wider than the conveyor belt. It includes metal teeth in the extended portion to facilitate a chain drive:



| | |
|---|---|
| at least one power system for powering said conveyer system; | The ShoulderMaster contains a hydraulic power system for powering the conveyer system.<br><br>"ShoulderMaster models are designed to be attached to all major brands of skid steer or compact track loader – a piece of equipment most contractors already have in their work fleets. The SM2100 weighs approximately 4,000 lbs and utilizes a fully hydraulic screed which will pave shoulders up to 7.5 ft. It is adjustable and can rise above existing pavement 4 in. and is able to pave below existing pavement 6 in. The front of the attachment has extendable rollers which can be adjusted to work in tandem with any size feeder truck."<br><br>Source: https://rockroadrecycle.com/selkirks-finke-equipment-becomes-exclusive-u-s-distributor-for-shouldermaster-attachment/ |
| a spreader system; | The ShoulderMaster includes a spreader system, as shown:<br><br> |

6

7

| | |
|---|---|
| a plurality of tandem casters rotatably attached at said first end of said support frame; | The ShoulderMaster includes a plurality of tandem casters rotatably attached at the first end of the support frame, as shown:    |
| at least one contact roller rotatably attached to said first end of said support frame; and | The ShoulderMaster includes at least one contact roller rotatably attached to the first end of the support frame, as shown:   |

| a universal mounting plate attached at said second end of the support frame in a manner that allows said mounting plate to be engaged by a skid steer. | The ShoulderMaster includes a universal mounting plate attached at the second end of the support frame. The mounting plate is attached in a manner that allows it to be engaged by a skid steer: |
| --- | --- |
| | The mounting plate is universal, allowing the ShoulderMaster to attach to multiple lines of skid steers:  • The ShoulderMaster has a universal quick hitch connection which is compatible to a wide range of skid steers. |

8

**Claim 10**

| | |
|---|---|
| A skid steer attachment device comprising: | The ShoulderMaster is a skid steer attachment device: <br><br> • The ShoulderMaster is a universal skid steer attachment that can quickly, safely and efficiently widen road shoulders from 0.3m to 1.5m and incorporate grades of up to 5%. |
| a support frame; | The ShoulderMaster has a support frame.  Advertising at finkequipment.com indicates that the ShoulderMaster has "a tubular steel chassis." |
| a hopper with a plurality of angled walls, wherein at least one of said plurality of angled walls is vertical relative to a horizontal plane, and wherein at least one of said plurality of angled walls further includes a vertical deflection component configured to direct debris vertically downward; | The ShoulderMaster has a hopper with a plurality of angled walls, as shown: <br><br>  <br><br> At least one of those walls is vertical relative to a horizontal plane. At least one of the angled walls includes a vertical deflection component configured to direct debris vertically downward. |

9

| a conveyer system including a conveyer belt; | The ShoulderMaster includes a conveyer system, which includes a conveyer belt: |
|---|---|
| a pulley that is at least 2 inches wider than the conveyer belt and configured to prevent the conveyer belt from moving off an edge of the pulley; | The conveyer belt shown above is wrapped around a pulley.  The pulley is at least two inches wider than the conveyor belt.  It includes metal teeth in the extended portion to facilitate a chain drive.  This extended portion of the pulley is also configured to prevent the conveyer belt from moving off an edge of the pulley:<br> |

10

| at least one system for powering said conveyer system; | The ShoulderMaster includes a hydraulic power system for powering the conveyer system: |
|---|---|
| | "ShoulderMaster models are designed to be attached to all major brands of skid steer or compact track loader – a piece of equipment most contractors already have in their work fleets. The SM2100 weighs approximately 4,000 lbs and utilizes a fully hydraulic screed which will pave shoulders up to 7.5 ft. It is adjustable and can rise above existing pavement 4 in. and is able to pave below existing pavement 6 in. The front of the attachment has extendable rollers which can be adjusted to work in tandem with any size feeder truck." |
| | Source: https://rockroadrecycle.com/selkirks-finke-equipment-becomes-exclusive-u-s-distributor-for-shouldermaster-attachment/ |

11

| | |
|---|---|
| a spreader system comprising a first wall extending at a first angle from the support frame and a second wall extending at a second angle from the first wall; | The ShoulderMaster has a spreader system, as shown.  The spreader system comprises a first wall extending at an angle from the support frame:<br><br><br><br>The spreader system further comprises a second wall extending at an angle from the first wall. |
| a plurality of tandem casters rotatably attached at a first end of said support frame; | The ShoulderMaster includes a plurality of tandem casters rotatably attached at the first end of the support frame, as shown:<br><br>  |

| | |
|---|---|
| at least one contact roller rotatably attached to said first end of said support frame configured for engagement with at least one rear wheel of a vehicle; and | The ShoulderMaster includes at least one contact roller rotatably attached to the first end of the support frame and configured for engagement with at least one rear wheel of a vehicle, as shown:   |

13

a universal mounting plate attached at a second end of the support frame configured for attachment to a skid steer.

The ShoulderMaster includes a universal mounting plate attached at the second end of the support frame and configured for attachment to a skid steer, as shown:



The mounting plate is universal, allowing the ShoulderMaster to attach to multiple lines of skid steers:

- The ShoulderMaster has a universal quick hitch connection which is compatible to a wide range of skid steers.

14

## Claim 15

| | |
|---|---|
| A highly resilient skid steer attachment for a skid steer comprised of: | The ShoulderMaster is a skid steer attachment for a skid steer: <br><br> • The ShoulderMaster is a universal skid steer attachment that can quickly, safely and efficiently widen road shoulders from 0.3m to 1.5m and incorporate grades of up to 5%. <br><br> The ShoulderMaster is highly resilient, including the improvements claimed in U.S. Patent No. RE46,971 E to increase resilience. |
| a support frame supported by at least two support brackets; | The ShoulderMaster has a support frame supported by at least two support brackets as shown: <br><br>   <br><br> Advertising at finkequipment.com indicates that the ShoulderMaster has "a tubular steel chassis." |

15

| | |
|---|---|
| a hopper having four angled walls for receiving debris at an angle of deflection which minimizes the impact of debris on a conveyer belt; | The ShoulderMaster includes a hopper having four walls for receiving debris at an angle of deflection which minimizes the impact of debris on a conveyor belt, as shown:<br><br><br> |
| wherein at least one of said four angled walls is vertical relative to a horizontal plane; | At least one of the ShoulderMaster's four angled walls is vertical relative to a horizontal plane:<br><br> |

16

| | |
|---|---|
| wherein at least two of said four angled walls further include a vertical deflection component vertically oriented for directing debris downward; | At least two of the angled walls in the ShoulderMaster hopper include a vertical deflection component oriented vertically for directing debris downward:  |
| a conveyer system comprised of a conveyer belt and a pulley, said pulley being at least two inches wider than said conveyer belt; | The ShoulderMaster includes a conveyer system, which includes a conveyer belt. The pulley is at least two inches wider than the conveyor belt. It includes metal teeth in the extended portion to facilitate a chain drive, as shown:  |

17

| | |
|---|---|
| at least one hydraulic system for powering said conveyer system; | The ShoulderMaster contains a hydraulic system for powering the conveyer system:<br><br>"ShoulderMaster models are designed to be attached to all major brands of skid steer or compact track loader – a piece of equipment most contractors already have in their work fleets. The SM2100 weighs approximately 4,000 lbs and utilizes a fully hydraulic screed which will pave shoulders up to 7.5 ft. It is adjustable and can rise above existing pavement 4 in. and is able to pave below existing pavement 6 in. The front of the attachment has extendable rollers which can be adjusted to work in tandem with any size feeder truck."<br><br>Source: https://rockroadrecycle.com/selkirks-finke-equipment-becomes-exclusive-u-s-distributor-for-shouldermaster-attachment/ |
| a spreader system comprising a first wall extending at a first angle from the support frame and a second wall extending at a second angle from the first wall; | The ShoulderMaster has a spreader system, as shown.  The spreader system comprises a first wall extending at an angle from the support frame:<br><br><br><br>The spreader system further comprises a second wall extending at an angle from the first wall. |

18

| | |
|---|---|
| a plurality of casters rotatably attached at a first end of said support frame; | The ShoulderMaster includes a plurality of casters rotatably attached at the first end of the support frame, as shown:<br><br> |
| at least one contact roller rotatably attached to said first end of said support frame configured for engagement with at least one rear wheel of a vehicle; and | The ShoulderMaster includes at least one contact roller rotatably attached to the first end of the support frame and configured for engagement with at least one rear wheel of a vehicle, as shown:<br><br> |

20

a universal mounting plate attached at a second end of the support frame in a manner that allows said mounting plate to be engaged by a skid steer.

The ShoulderMaster includes a universal mounting plate attached at the second end of the support frame in a manner that allows it to be engaged by a skid steer:



The mounting plate is universal, allowing the ShoulderMaster to attach to multiple lines of skid steers:

- The ShoulderMaster has a universal quick hitch connection which is compatible to a wide range of skid steers.