UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROAD WIDENER, LLC,

        Plaintiff,

     -v-                            1:20-CV-160

ROBERT H. FINKE & SONS, INC.

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HODGSON, RUSS LAW FIRM<br>Attorneys for Plaintiff<br>677 Broadway, Suite 301<br>Albany, NY 12207 | CHRISTIAN J. SOLLER, ESQ. |
| REINHART BOENER VAN<br>   DEUREN s.c.<br>Attorneys for Plaintiff<br>22 East Mifflin Street, Suite 700<br>Madison, WI 53703 | JESSICA HUTSON<br>   POLAKOWSKI, ESQ.<br>PAUL J. STOCKHAUSEN, ESQ. |
| REINHART, BOERNER LAW FIRM<br>Attorneys for Plaintiff<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202 | DAVID G. HANSON, ESQ.<br>MONICA A. MARK, ESQ. |
| LEASON ELLIS LLP<br>Attorneys for Defendant<br>One Barker Avenue, 5th Floor<br>White Plains, NY 10601 | CAMERON S. REUBER, ESQ.<br>LORI LEIGH COOPER, ESQ. |

ICE MILLER LLP                                   SAFET METJAHIC, ESQ.
Attorneys for Defendant
1500 Broadway, Suite 29th Floor
New York, NY 10036

DAVID N. HURD
United States District Judge

# ORDER ON REPORT & RECOMMENDATION

On February 18, 2020, plaintiff Road Widener, LLC ("Road Widener") filed this patent infringement action against defendant Robert H. Finke & Sons, Inc. ("Finke & Sons"). Dkt. No. 1. At issue is a patent describing a flexible skid steer attachment device designed for use in paving shoulders and widening roads.

On September 18, 2020, the parties jointly requested a "claim construction hearing" pursuant to Local Patent Rule 4.4(a). Dkt. No. 32. Thereafter, the matter was referred to recalled U.S. Magistrate Judge David E. Peebles for the "sole purpose of conducting a *Markman* hearing and issuing a Report and Recommendation regarding the construction of disputed patent claim terms." Dkt. No. 47.

On May 13, 2021, Judge Peebles advised by Report & Recommendation ("R&R") how the disputed terms of the patent should be construed. Dkt. No. 48. Both parties have filed objections to the R&R. Dkt. Nos. 49–50. The objections have been fully briefed. Dkt. Nos. 51–52.

Upon *de novo* review of the portions to which each party has objected, the R&R will be modified in part to incorporate the two inadvertent errors identified in Road Widener's brief, Dkt. No. 49, and acknowledged as appropriately corrected by Finke & Sons in its responsive submission, Dkt. No. 52.  The remaining objections are overruled.  *See* 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1.  The Report & Recommendation (Dkt. No. 48) is accepted as modified:

| Term / Phrase | Construction |
| :---: | :---: |
| vertical deflection component | an element that facilitates movement of debris downward, in a vertical direction, toward the conveyer belt |
| oriented vertically | substantially perpendicular to the horizontal plane |
| vertically downward | toward the conveyer belt on a vector substantially perpendicular to the horizontal plane |
| vertically oriented | substantially perpendicular to the horizontal plane |
| pulley | a roller having a cylindrical shape and structure which is fixed on a shaft and permits the application or transmission of power to a belt |
| horizontal plane | a plane defined by the horizontal axis of the hopper |
| vertical | substantially perpendicular to the horizontal plane |

| angled walls | no construction needed in light of parties' agreement |
| angle of deflection | the angle between the vector of debris being received in the hopper and the surface of the angled wall being impacted by the debris |

IT IS SO ORDERED.

David N. Hurd
U.S. District Judge

Dated: June 30, 2021
        Utica, New York.