UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROAD WIDENER, LLC,

                Plaintiff,

          -v-                    1:20-CV-160

ROBERT H. FINKE & SONS, INC.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HODGSON, RUSS LAW FIRM<br>Attorneys for Plaintiff<br>677 Broadway, Suite 301<br>Albany, NY 12207 | CHRISTIAN J. SOLLER, ESQ. |
| REINHART BOENER VAN<br>   DEUREN s.c.<br>Attorneys for Plaintiff<br>22 East Mifflin Street, Suite 700<br>Madison, WI 53703 | JESSICA HUTSON<br>   POLAKOWSKI, ESQ.<br>PAUL J. STOCKHAUSEN, ESQ. |
| REINHART, BOERNER LAW FIRM<br>Attorneys for Plaintiff<br>1000 North Water Street, Suite 1700<br>Milwaukee, WI 53202 | DAVID G. HANSON, ESQ.<br>MONICA A. MARK, ESQ. |
| LEASON ELLIS LLP<br>Attorneys for Defendant<br>One Barker Avenue, 5th Floor<br>White Plains, NY 10601 | CAMERON S. REUBER, ESQ.<br>LORI LEIGH COOPER, ESQ. |

ICE MILLER LLP                                    SAFET METJAHIC, ESQ.
Attorneys for Defendant
1500 Broadway, Suite 29th Floor
New York, NY 10036

DAVID N. HURD
United States District Judge

## <u>ORDER ON REPORT & RECOMMENDATION</u>

On February 18, 2020, plaintiff Road Widener, LLC ("Road Widener") filed

this patent infringement action against defendant Robert H. Finke & Sons,

Inc. ("Finke & Sons").  Dkt. No. 1.  At issue is a patent describing a flexible

skid steer attachment device designed for use in paving shoulders and

widening roads.

On September 18, 2020, the parties requested a claim construction

hearing pursuant to Local Patent Rule 4.4(a).  Dkt. No. 32.  Thereafter, the

matter was referred to recalled U.S. Magistrate Judge David E. Peebles for

the "sole purpose of conducting a *Markman* hearing and issuing a Report and

Recommendation regarding the construction of disputed patent claim

terms."  Dkt. No. 47.

On May 13, 2021, Judge Peebles advised by Report & Recommendation

("R&R") how the disputed terms of the patent should be construed.  Dkt. No.

48.  Both parties filed and briefed objections.  Dkt. Nos. 49–52.  This Court

overruled the parties' objections and adopted Judge Peebles's R&R on June 30, 2021.[1]  Dkt. No. 53.

On September 10, 2021, Road Widener filed an emergency motion that sought to strike certain portions of Finke & Sons' revised non-infringement contentions.  Dkt. No. 58.  Defendant opposed and moved for a judgment on the pleadings.  Dkt. No. 62.  Both motions were referred to Judge Peebles for his recommendation.  Dkt. No. 65.

On December 9, 2021, Judge Peebles advised by R&R that Road Widener's motion to strike be granted and that Finke & Sons' motion for a judgment on the pleadings be denied.  Dkt. No. 68.  Defendant has filed objections, Dkt. No. 73, which have been fully briefed, Dkt. No. 75.

Upon *de novo* review of the portions to which Finke & Sons has objected, the R&R is accepted and will be adopted.  *See* 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1.  The Report & Recommendation (Dkt. No. 68) is accepted and adopted;

2.  Road Widener's emergency motion to strike (Dkt. No. 58) is GRANTED;

3.  Finke & Sons' revised non-infringement contentions addressing

---

[1]  Based on the parties' agreement, the Order adopting the R&R corrected two inadvertent errors.

(1) whether the SM2100 has angled walls for receiving debris at an

angle of deflection which "minimizes" the impact of debris on a

conveyer belt;

(2) whether the SM2100 has a support frame "supported by at least

two support brackets";

(3) whether the SM2100 includes a "power system" "system," or

"hydraulic system" for powering the conveyer system; and

(4) whether the SM2100 includes at least one "contact roller

rotatably attached" to the support frame are STRICKEN; and

4. Finke and Sons' motion for a judgment on the pleadings (Dkt. No. 62) is

DENIED.

IT IS SO ORDERED.

David N. Hurd
U.S. District Judge

Dated:  January 12, 2022
        Utica, New York.